STATE OF MINNESOTA

IN SUPREME COURT

A15-1888



FILED

May 16, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Jill Alane Poppe Mackenzie, a Minnesota Attorney,
Registration No. 0212568.

ORDER

The Director of the Office of Lawyers Professional Responsibility filed a petition

for disciplinary action alleging that respondent Jill Alane Poppe Mackenzie committed

professional misconduct warranting public discipline—namely, neglecting three client

matters and failing to communicate with these clients, *see* Minn. R. Prof. Conduct 1.3,

1.4(a)(3), and 1.4(a)(4); failing to deposit advanced fees she received from two clients into

her trust account, *see* Minn. R. Prof. Conduct 1.15(c)(5); failing to refund the unearned

portion of her retainer and return the client's file after two clients terminated their

representation, *see* Minn. R. Prof. Conduct 1.15(c)(4) and 1.16(d); and failing to cooperate

with the Director, *see* Minn. R. Prof. Conduct 8.1(b).

The court deemed the allegations in the petition admitted, *see* Rule 13(b), Rules on

Lawyers Professional Responsibility (RLPR), and directed the parties to file memoranda

regarding the appropriate discipline to impose in this case. Only the Director filed a

memorandum. The Director recommends that the court indefinitely suspend respondent

with no right to petition for reinstatement for 2 years.

1

The court has independently reviewed the file and approves the Director's recommended discipline.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.     Respondent Jill Alane Poppe Mackenzie is indefinitely suspended from the practice of law, effective 14 days from the date of this order, with no right to petition for reinstatement for 2 years from the suspension date.

2.     Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

3.     Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals) and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated:  May 16, 2016                         BY THE COURT:

David R. Stras
Associate Justice

LILLEHAUG, J., took no part in the consideration or decision of this case.

2